JOHN J. CALLANAN, Respondent, *v.* EMILY M. KEENAN, as Executrix of DANIEL F. KEENAN, Deceased, Appellant.

(Submitted January 6, 1919; decided January 14, 1919.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 224 N. Y. 503.)